UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
INTEX RECREATION CORP.,            )
                                   )
            Plaintiff,             )
                                   )
      v.                           )   Civil Action No. 04-1785   (PLF)
                                   )
TEAM WORLDWIDE CORP.,              )
                                   )
            Defendant.             )
_____)

ORDER

For the reasons stated in the Memorandum Opinion issued this same day, it is hereby

ORDERED that [11] defendant's Motion to Dismiss the Third Claim for Relief of the First Amended Complaint for Declaratory Relief and Patent Invalidity of Plaintiff Intex Worldwide Corporation is GRANTED; it is

FURTHER ORDERED that plaintiff's Third Claim for Relief is DISMISSED; it is

FURTHER ORDERED that [16] defendant's Motion to Strike the Second Affirmative Defense of the Answer of Counterclaim Defendant Intex Recreation Corporation is GRANTED; and it is

FURTHER ORDERED that the Second Affirmative Defense in the Answer of Counterclaim Defendant Intex Recreation Corp. to Counterclaim is STRICKEN from the record of this case.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 30, 2005