UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTEX RECREATION CORP.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>    v.<br><br>TEAM WORLDWIDE CORPORATION,<br><br>    Defendant/Counterclaim-Plaintiff. | Civil Action No.:  1:04 CV 01785 PLF/DAR |

## DECLARATION OF LAURA R. BRADEN

I, Laura R. Braden, an attorney of the law firm Fish & Richardson P.C., counsel for Defendant Team Worldwide Corporation ("TWW") in the above-captioned matter, declare the following to be true, to the best of my knowledge, information, and belief:

1. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript from the September 19, 2006 deposition of Professor Steven Dubowsky.

2. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript from the September 25, 2006 deposition of John F. Berninger.

3. Attached hereto as Exhibit 3 is a true and correct copy of Defendant TWW's Interrogatory No. 2, dated November 2, 2005.

4. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the July 21, 2006 Expert Report of John F. Berninger.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 27, 2006

                                        /s/
                                    Laura R. Braden

1