UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
INTEX RECREATION CORPORATION,   )
                                            )
      Plaintiff/                        )
      Counterclaim-Defendant,     )
                                            )
  v.                                      )   Civil Action No. 04-1785 (PLF)
                                            )
TEAM WORLDWIDE CORPORATION, )
                                            )
      Defendant/                       )
      Counterclaim-Plaintiff.          )
_____)

## SCHEDULING ORDER

The parties in this case have filed a joint report proposing a schedule for supplemental discovery and summary judgment briefing. Dkt. No. 209 (Nov. 1, 2013). Based upon the representations of counsel in that report, it is hereby ORDERED that

1. The parties shall complete discovery supplementation on or before November 22, 2013.

2. Any supplemental expert report shall be served or filed on or before December 12, 2013.

3. Any motion for summary judgment shall be filed on or before December 12, 2013.

4. Any opposition to summary judgment shall be filed on or before January 10, 2014.

5. Any reply brief in support of summary judgment shall be filed on or before January 31, 2014.

      6.      Oral argument on the summary judgment motion(s) shall be held at 10:00 a.m. on February 26, 2014, in Courtroom 29A.

      SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE:  November 13, 2013      United States District Judge