UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

INTEX RECREATION CORP.,

*Plaintiff/Counterclaim-Defendant*,

v.

TEAM WORLDWIDE CORPORATION,

*Defendant/Counterclaim-Plaintiff*.

CASE NO. 1:04 CV 01785 (PLF/DAR)
Judge Paul L. Friedman
Mag. Judge Deborah A. Robinson

**JOINT MOTION TO STAY BRIEFING DEADLINES**

Plaintiff Intex Recreation Corp. ("Intex") and defendant Team Worldwide Corporation ("TWW") jointly move the Court to stay all deadlines for briefing on the reasonableness of Intex's submission of attorneys' fees and costs in light of an agreement reached between the parties. In support of this request the parties state:

1. On February 16, 2015, the parties filed a joint motion to modify the schedule for briefing on the reasonableness of Intex's submission of attorneys' fees and costs, advising the Court that the parties were engaged in settlement negotiations. (*See* Dkt. #242.) The Court granted the motion and Intex's opening brief is due to be filed on March 6, 2015 (Dkt. #243), which time has not passed.

2. The parties have come to an agreement in principle and are in the process of drafting a settlement agreement that will resolve all pending issues between the parties and before this Court.

3. The parties respectfully request that the Court stay all deadlines set for briefing on reasonableness to allow the parties time to finalize their agreement and prepare the documents necessary to dispose of this matter.

4. The parties will file dismissal papers or provide the Court with a status update by March 31, 2015.

WHEREFORE, the parties jointly request that the Court enter an order staying all deadlines for briefing on the reasonableness of Intex's submission of attorneys' fees and costs. A proposed order is attached.

Dated: March 4, 2015

Respectfully submitted,

*/s/ R. Trevor Carter*
Gerald F. Ivey (#367009)
Edward J. Naidich (#481649)
Troy E. Grabow (#475013)
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Ave., NW
Washington, DC 20001-4413
Ph: (202) 408-4000
Fax: (202) 408-4400
Email: gerald.ivey@finnegan.com
ed.naidich@finnegan.com
troy.grabow@finnegan.com
R. Trevor Carter (*pro hac vice*)
Andrew M. McCoy (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204
Ph: (317) 237-0300
Fax: (317) 237-1000
Email: trevor.carter@faegrebd.com
andrew.mccoy@faegred.com

*Counsel for Plaintiff, Intex Recreation Corp.*

/s/ *Andrew R. Kopsidas* (with permission)
Andrew R. Kopsidas (#476237)
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Fl.
Washington, D.C. 20005
Telephone: 202-783-5070
Facsimile: 202-783-2331

Kurt L. Glitzenstein (*pro hac vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: 617-542-5070
Facsimile: 617-542-8906

*Counsel for Defendant, Team Worldwide Corporation*