UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

INTEX RECREATION CORP.,

*Plaintiff/Counterclaim-Defendant,*

v.

TEAM WORLDWIDE CORPORATION,

*Defendant/Counterclaim-Plaintiff.*

CASE NO. 1:04 CV 01785 (PLF/DAR)
Judge Paul L. Friedman
Mag. Judge Deborah A. Robinson

## [~~PROPOSED~~] ORDER STAYING BRIEFING DEADLINES

Upon consideration of the parties' joint request to stay the deadlines for briefing on the reasonableness of Intex's submission of attorneys' fees and costs, the Court finds the relief requested therein to be appropriate and GRANTS the parties' motion. It is, therefore,

ORDERED that all deadlines set forth in Docket No. 243 for briefing on the reasonableness of Intex's submission of attorneys' fees and costs are stayed. It is further ORDERED that the parties will file dismissal papers or provide the court with a status report on or before March 31, 2015.

SO ORDERED  3/4/15

_____
Paul L. Friedman
United States District Court Judge

US.55833719.01