UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTEX RECREATION CORP., *Plaintiff/Counterclaim-Defendant*, v. TEAM WORLDWIDE CORPORATION, *Defendant/Counterclaim-Plaintiff*. | CASE NO.  1:04 CV 01785 (PLF/DAR) Judge Paul L. Friedman Mag. Judge Deborah A. Robinson |

## JOINT STATUS REPORT

Pursuant to the Court's Order of March 4, 2015 (Dkt. #245), Intex Recreation Corp. ("Intex") and Team Worldwide Corporation ("TWW"), by their respective counsel, hereby provide this Joint Status Report to update the Court on settlement of the above-captioned matter. Since their March 31, 2015 report to the Court, the parties have continued to exchange drafts of a settlement agreement and have discussed revisions to the agreement.  The parties continue to make progress toward a final resolution of this matter, and respectfully request additional time to finalize the settlement agreement.  The parties therefore request that the Court enter an order requiring the parties to file dismissal papers or provide a status update by May 29, 2015.  A proposed order is attached.

Dated:  April 29, 2015

*/s/  R. Trevor Carter*
Gerald F. Ivey (#367009)
Edward J. Naidich (#481649)
Troy E. Grabow (#475013)
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Ave., NW
Washington, DC  20001-4413
Ph:     (202) 408-4000
Fax:    (202) 408-4400

Respectfully submitted,

 /s/  *Andrew R. Kopsidas* (with permission)
Andrew R. Kopsidas (#476237)
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Fl.
Washington, D.C. 20005
Telephone: 202-783-5070
Facsimile: 202-783-2331

Kurt L. Glitzenstein (*pro hac vice*)
FISH & RICHARDSON P.C.

Email: gerald.ivey@finnegan.com
       ed.naidich@finnegan.com
       troy.grabow@finnegan.com

R. Trevor Carter (*pro hac vice*)
Andrew M. McCoy (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian St., Suite 2700
Indianapolis, IN  46204
Ph:    (317) 237-0300
Fax:   (317) 237-1000
Email: trevor.carter@faegrebd.com
       andrew.mccoy@faegred.com

*Counsel for Plaintiff, Intex Recreation Corp.*

One Marina Park Drive
Boston, MA 02210
Telephone: 617-542-5070
Facsimile: 617-542-8906

*Counsel for Defendant, Team Worldwide Corporation*

US.56378139.01